FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
8/18/2022 12:29 PM
JAMIE SMITH
DISTRICT CLERK
E-210217

CAUSE NO. _____

| | | |
|---|---|---|
| JUANITA VERA | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| STATE AUTO INSURANCE COMPANY | § | |
| AND | § | |
| MERIDIAN SECURITY INSURANCE | § | |
| COMPANY | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JUANITA VERA ("Plaintiff") and files this Plaintiff's Original Petition, complaining of, STATE AUTO INSURANCE COMPANY (hereinafter referred to as "STATE AUTO"), MERIDIAN SECURITY INSURANCE COMPANY (hereinafter referred to as "MERIDIAN"), or (DEFENDANTS), and for cause of action would show the following:

### I.
### DISCOVERY

Discovery should be conducted under Level 3 in accordance with Rule 190.4 of the Texas Rules of Civil Procedure.

### II.
### PARTIES

Plaintiff is an individual residing in Beaumont, Jefferson County, Texas. The last three digits of her driver's license are 765. The last three digits of her social security number are 935.

Defendant, STATE AUTO, is an insurance company registered to engage in the business of insurance in Texas. Defendant may be served through its registered agent Corporation Service Company at 211 East 7th St. Suite 620, Austin, Texas 78701.

EXHIBIT

C

Defendant, MERIDIAN, is an insurance company registered to engage in the business of insurance in Texas. Defendant may be served through its registered agent Corporation Service Company at 211 East 7th St. Suite 620, Austin, Texas 78701.

### III.
### JURISDICTION & VENUE

The Court has jurisdiction over STATE AUTO and MERIDIAN because the Defendants engages in the business of insurance in the State of Texas, and Plaintiff's causes of action arise out of this Defendants' business activities in the State of Texas.

Venue in this cause is proper in Jefferson County because the insured property is situated in Jefferson County. TEX. CIV. PRAC. & REM. CODE § 15.032.

### IV.
### FACTS

Plaintiff is the owner of a homeowners insurance policy (hereinafter referred to as "the Policy"), which was issued by STATE AUTO, Policy No. 1000708947.

Plaintiff owns the property, which is specifically located 86995 Bienville Drive in Beaumont, Jefferson County, Texas. Defendants issued the Policy, insuring the personal property to Plaintiff.

Plaintiff sustained property damage as a resulting from hurricane Laura, which involved roof damage which caused water intrusion. Plaintiff filed a claim with her MERIDIAN / STATE AUTO Policy for loss resulting from hurricane Laura. Defendants unilaterally and without consent of Plaintiff, denied coverage for other damages outlined in EXHIBIT A. Defendants failed to provide a reasonable explanation for their partial denial of claim and failed to conduct a reasonable investigation with respect to the claim before refusing to pay.

When the claim was filed, the Plaintiff sent estimates to Defendants documenting her property loss from the water damage and those photographs were either lost or ignored by Defendants. The Plaintiff's property also sustained evidence of water intrusion. Throughout this

claim, the Defendants claims adjuster engaged in discriminatory adjusting practices by summarily rejecting her claim on the basis that the Plaintiff's property was not covered.

Defendants wrongfully denied Plaintiff's claim for replacement of the majority of most of Plaintiff's damaged personal property, even though the Policy provided coverage for losses such as those suffered by Plaintiff.

Defendants failed to perform its contractual duty to adequately compensate Plaintiff under the terms of the Policy. Specifically, Defendants failed and refused to pay the full proceeds of the Policy, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property and all conditions precedent to recovery upon the Policy had been carried out and accomplished by Plaintiff. Defendants' conduct constitutes a breach of the insurance contract between Defendants and Plaintiff.

Defendants, misrepresented to Plaintiff that the damage to the covered property was not covered under the Policy, even though the damage was caused by a covered occurrence. Defendant's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(l).

Defendants failed to make an attempt to settle Plaintiff's claim in a fair manner, although it was aware of its liability to Plaintiff under the Policy. Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(2)(A).

Defendants failed to promptly provide a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for their denial of the claim. Defendant's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(3).

Defendants refused to fully compensate Plaintiff under the terms of the Policy, even though Defendants failed to conduct a reasonable investigation. Specifically, Defendants performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair, and inequitable evaluation of Plaintiff's losses. Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(7).

From and after the time Plaintiff's claim was presented to Defendants, the liability of Defendants to pay the full claim in accordance with the terms of the Policy was reasonably clear. However, Defendants has refused to pay Plaintiff in full, despite there being no basis whatsoever on which a reasonable insurance company would have relied on to deny the full payment. Defendants' conduct constitutes a breach of the common law duty of good faith and fair dealing.

As a result of Defendants' wrongful acts and omissions, Plaintiff was forced to retain the professional services of the attorney and law firm who is representing them with respect to these causes of action.

Defendants are liable to Plaintiff for intentional breach of contract, as well as intentional violations of the Texas Insurance Code and intentional breach of good faith and fair dealing.

## V.
## BREACH OF CONTRACT

Defendants' conduct constitutes a breach of the insurance contract made between Defendants and Plaintiff.

Defendants' failure and refusal, as described above, to pay the adequate compensation as they are obligated to do under the terms of the Policy in question and under the laws of the State of Texas, constitutes a breach of Defendants' contract with Plaintiff.

## VI.
## NONCOMPLIANCE WITH TEXAS INSURANCE CODE:
## UNFAIR SETTLEMENT PRACTICES

Defendants' conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a). All violations under this article are made actionable by TEX. INS. CODE §541.151.

Defendants' unfair settlement practice, as described above, of misrepresenting to Plaintiff material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(1).

Defendants' unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though STATE AUTO's liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(2(A).

Defendants' unfair settlement practice, as described above, of failing to promptly provide Plaintiff with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for its offer of a compromise settlement of the claim, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(3).

Defendants' unfair settlement practice, as described above, of failing within a reasonable time to affirm or deny coverage of the claim to Plaintiff or to submit a reservation of rights to Plaintiff, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(4).

Defendants' unfair settlement practice, as described above, of refusing to pay Plaintiff's claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(7).

## VII.
## BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

Defendants' conduct constitutes a breach of the common law duty of good faith and fair dealing owed to insured in insurance contracts.

Defendants' failure, as described above, to adequately and reasonably investigate and evaluate Plaintiff's claim, although, at that time Defendants knew or should have known by the exercise of reasonable diligence that its liability was reasonably clear, constitutes a breach of the duty of good faith and fair dealing.

## VIII.
## KNOWLEDGE

Each of the acts described above, together and singularly, was done "knowingly" as that term is used in the Texas Insurance Code and were a producing cause of Plaintiff's damages described herein.

## IX.
## DAMAGES

Plaintiff would show that all the aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained by Plaintiff.

For breach of contract, Plaintiff is entitled to regain the benefit of the bargain, which is the amount of his claim, together with attorney fees.

For noncompliance with the Texas Insurance Code, Unfair Settlement Practices, Plaintiff are entitled to actual damages, which include the loss of the benefits that should have been paid pursuant to the Policy, mental anguish, court costs, and attorney's fees. For knowing conduct of the acts complained of, Plaintiff ask for three times their actual damages. TEX. INS. CODE §541.152.

For breach of common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from the insurer's breach of duty, such as additional costs, economic hardship, losses due to nonpayment of the amount the insurer owed, exemplary damages and damages for emotional distress.

For the prosecution and collection of this claim, Plaintiff has been compelled to engage the services of the attorney whose name is subscribed to this pleading. Therefore, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorney in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

## X.
## JURY DEMAND

Plaintiff hereby requests that all causes of actions alleged herein be tried before a jury consisting of citizens residing in Jefferson County, Texas. Plaintiff is tendering the appropriate jury fee.

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein, and that upon trial hereof, said Plaintiff has and recovers such sums as would reasonably and justly compensate him in accordance with the rules of law and procedure, both as to actual damages, treble damage under the Texas Insurance Code, and all punitive and exemplary damages as may be found. In addition, Plaintiff requests the award of attorney's fees for the trial and any appeal of this case, for all costs of Court in their behalf expended, for pre-judgment and post-judgment interest as allowed by law, and for any other and further relief, either at law or in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

THE MONK LAW FIRM
4875 Parker Drive
Beaumont, Texas 77705
Phone:   (409) 724-6665
Fax:      (409) 729-6665
E-mail:  brandon@themonklawfirm.com


By:    /s/ *Brandon Monk*
        BRANDON P. MONK
        State Bar No. 24048668

ATTORNEY FOR PLAINTIFF



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

| | | | |
|---|---|---|---|
| Insured: | Juanita Vera & Rose Diaz | Cellular: | (409) 273-5525 |
| Property: | 8695 Bienville Drive | E-mail: | juanita-vera1234@hotmail.com |
| | Beaumont, TX 77706 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Gary Sanders | Business: | (972) 523-2886 |
| Position: | President. | | |
| Business: | 16515 RR 12, suite 416 | | |
| | WIMBERLEY, TX 78676 | | |

| | | | |
|---|---|---|---|
| Estimator: | Gary Sanders | Business: | (972) 523-2886 |
| Position: | President. | | |
| Business: | 16515 RR 12, suite 416 | | |
| | WIMBERLEY, TX 78676 | | |

| | | | |
|---|---|---|---|
| Reference: | Brandon Monk | Business: | (409) 724-6665 |
| Position: | President | | |
| Company: | The Monk Law Firm | | |
| Business: | 4875 Parker Drive | | |
| | Beumont, TX | | |

**Claim Number:** PR 00000-355071        **Policy Number:** 10000708947        **Type of Loss:** Hurricane

| | | | |
|---|---|---|---|
| Date Contacted: | 6/30/2022 8:40 AM | | |
| Date of Loss: | 8/27/2020 8:36 AM | Date Received: | 6/27/2022 9:00 AM |
| Date Inspected: | 6/30/2022 8:45 AM | Date Entered: | 7/4/2022 7:10 AM |

| | |
|---|---|
| Price List: | TXBM8X_JUN22 |
| | Restoration/Service/Remodel |
| Estimate: | 2022-07-18-13101 |

# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

*POLICY COVERAGE: DWELING  $177,200.00, DEDUCTIBLE ($2,873.99)*

*Hurricane Laura made landfall near Cameron, Louisiana at 1:00 AM on Thursday, August 27 as a category 4 storm with winds of 150 mph.*
*The structural impact of these high winds and flying debris cannot be underestimated or ignored.*
*The area around this claim was surveyed for wind damages and discovered evidence of tornadic activity.*
*The vibration and movement of the structure  has potentially caused plumbing damages as well as electrical wiring issues.*

*Available resources for repairs as well as a shrunken labor pool are  affecting  normal repair costs, methods of restoration and timing.*

*NOTE: THIS CATAGORY OF WATER REQUIRES REMOVAL AND REPLACEMENT OF MATERIALS.*

*PROCEEDURAL GUIDELINES FOLLOWED THE FIFTH EDITION OF THE NSI/IIRC STANDARDS FOR WATER DAMAGE RESTORATION.*
*" Article 10.6.8, performing the initial Moisture Inspection, page 35:*

*"1 10.6.8 Performing the Initial Moisture Inspection*

32
33 An initial moisture inspection should be conducted to identify the full extent of water intrusion, including the
34 identification of affected assemblies, building materials, and the edge of water migration. Normally, this
35 process begins at the source of water intrusion. Water migration can then be traced across and beneath
36 carpeted surfaces with a moisture sensor. Hard surfaces such as wood flooring, gypsum wallboard,
37 resilient flooring and plaster should be inspected. *This can initially be accomplished using a non-invasive*
*38 (i.e., non-penetrating, non-destructive) moisture meter. Thermal imaging cameras can be used to help*
*39 identify areas of potential migration followed by appropriate moisture detection instruments, especially on*
*40 projects with complex or multiple areas of water intrusion.*
41
6 Complications, Complexities and Conflicts) can hinder the identification of materials and assemblies.
47 Identification of building materials within an assembly can be accomplished through several methods (e.g.,
48 building drawings, existing access openings, inspection holes, partial disassembly, invasive moisture
49 meters). The extent of moisture migration should be documented using one or more appropriate methods
50 including at a minimum a moisture map (i.e., a diagram of the structure indicating the areas affected by
51 migrating water).
52
53 The initial inspection process should include establishing a dry standard for affected materials. An
54 acceptable method to establish a dry standard is to evaluate the moisture level or moisture content of similar
55 materials in unaffected areas. *The dry standard should be documented and used to establish a drying goal "*

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

**2022-07-18-13101**

**Main Level**

### Main Level

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 630.00 | 0.00 | 126.00 | 756.00 | (0.00) | 756.00 |
| 2. Megohmmeter check electrical circuits - average residence | 1.00 EA | 789.23 | 0.00 | 157.84 | 947.07 | (0.00) | 947.07 |
| 3. Clean ductwork - Interior - Heavy clean (PER REGISTER) | 11.00 EA | 43.70 | 47.67 | 96.16 | 624.53 | (0.00) | 624.53 |
| **Total: Main Level** | | | **47.67** | **380.00** | **2,327.60** | **0.00** | **2,327.60** |



### Living Room                                               Height: Sloped

| 718.04 SF Walls | 368.82 SF Ceiling |
|---|---|
| 1086.86 SF Walls & Ceiling | 355.54 SF Floor |
| 39.50 SY Flooring | 71.50 LF Floor Perimeter |
| 80.97 LF Ceil. Perimeter | |

| **Missing Wall - Goes to neither Floor/Ceiling** | **8' 1" X 4'** | **Opens into DINING_ROOM** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' X 3'** | **Opens into FIREPLACE** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 4. Detach & Reset Ceiling fan & light | 1.00 EA | 181.73 | 0.00 | 36.34 | 218.07 | (0.00) | 218.07 |
| 5. R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.76 | 0.74 | 4.88 | 29.38 | (0.00) | 29.38 |
| 6. Content Manipulation charge - per hour | 3.00 HR | 38.32 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |
| 7. R&R 5/8" drywall - hung, taped, floated, ready for paint | 368.82 SF | 3.07 | 17.95 | 230.04 | 1,380.26 | (0.00) | 1,380.26 |
| 8. R&R 1/2" drywall - hung, taped, floated, ready for paint | 718.04 SF | 2.96 | 31.40 | 431.36 | 2,588.16 | (0.00) | 2,588.16 |
| 9. R&R Baseboard - 3 1/4" | 71.50 LF | 3.82 | 9.32 | 56.50 | 338.96 | (0.00) | 338.96 |
| 10. Seal/prime then paint the walls and ceiling (2 coats) | 1,086.86 SF | 1.01 | 17.04 | 222.94 | 1,337.71 | (0.00) | 1,337.71 |
| 11. Batt insulation - 6" - R19 - paper / foil faced | 1,086.86 SF | 1.26 | 84.29 | 290.74 | 1,744.47 | (0.00) | 1,744.47 |
| 12. Mask and prep for paint - plastic, paper, tape (per LF) beams* | 80.97 LF | 1.47 | 1.80 | 24.16 | 144.99 | (0.00) | 144.99 |
| 13. Seal stud wall for odor control (anti-microbial coating) | 1,086.86 SF | 2.32 | 137.19 | 531.74 | 3,190.45 | (0.00) | 3,190.45 |
| 14. Paint baseboard - two coats | 71.50 LF | 1.53 | 0.83 | 22.04 | 132.27 | (0.00) | 132.27 |
| 15. Detach & Reset Interior door unit | 1.00 EA | 71.51 | 0.08 | 14.32 | 85.91 | (0.00) | 85.91 |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

### CONTINUED - Living Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 16.  Trim - Reset | 71.50 LF | 0.70 | 0.12 | 10.04 | 60.21 | (0.00) | 60.21 |
| 17.  Seal & paint trim - two coats | 71.50 LF | 1.51 | 0.71 | 21.74 | 130.42 | (0.00) | 130.42 |
| 18.  Detach & Reset Window drapery - hardware - Large | 2.00 EA | 35.64 | 0.00 | 14.26 | 85.54 | (0.00) | 85.54 |
| 19.  Remove Window trim set (casing & stop) - stain grade | 42.00 LF | 0.57 | 0.00 | 4.78 | 28.72 | (0.00) | 28.72 |
| 20.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 33.17 | 0.80 | 13.42 | 80.56 | (0.00) | 80.56 |
| **Totals:  Living Room** | | | **302.27** | **1,952.30** | **11,714.04** | **0.00** | **11,714.04** |



| Hallway | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|
| | 314.67 SF Walls | | | 54.00 SF Ceiling | | | |
| | 368.67 SF Walls & Ceiling | | | 54.00 SF Floor | | | |
| | 6.00 SY Flooring | | | 39.33 LF Floor Perimeter | | | |
| | 39.33 LF Ceil. Perimeter | | | | | | |

| Missing Wall | 1' 8" X 8' | Opens into DINING_ROOM |
|---|---|---|
| Missing Wall | 1' 4" X 8' | Opens into FOYER___ENTR |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 21.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 314.67 SF | 2.96 | 13.76 | 189.04 | 1,134.22 | (0.00) | 1,134.22 |
| 22.  R&R Baseboard - 3 1/4" | 39.33 LF | 3.82 | 5.13 | 31.08 | 186.45 | (0.00) | 186.45 |
| 23.  Seal/prime then paint the walls (2 coats) | 314.67 SF | 1.01 | 4.93 | 64.54 | 387.29 | (0.00) | 387.29 |
| 24.  Batt insulation - 6" - R19 - paper / foil faced | 314.67 SF | 1.26 | 24.40 | 84.18 | 505.06 | (0.00) | 505.06 |
| 25.  Mask and prep for paint - plastic, paper, tape (per LF) beams* | 39.33 LF | 1.47 | 0.88 | 11.74 | 70.44 | (0.00) | 70.44 |
| 26.  Seal stud wall for odor control (anti-microbial coating) | 314.67 SF | 2.32 | 39.72 | 153.94 | 923.69 | (0.00) | 923.69 |
| 27.  Paint baseboard - two coats | 39.33 LF | 1.53 | 0.45 | 12.14 | 72.76 | (0.00) | 72.76 |
| 28.  Detach & Reset Interior door unit | 4.00 EA | 71.51 | 0.30 | 57.26 | 343.60 | (0.00) | 343.60 |
| 29.  Trim - Reset | 157.33 LF | 0.70 | 0.26 | 22.08 | 132.47 | (0.00) | 132.47 |
| 30.  Seal & paint trim - two coats | 157.33 LF | 1.51 | 1.56 | 47.84 | 286.97 | (0.00) | 286.97 |
| 31.  Content Manipulation charge - per hour | 1.00 HR | 38.32 | 0.00 | 7.66 | 45.98 | (0.00) | 45.98 |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM


**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Hallway | | | 91.39 | 681.50 | 4,088.93 | 0.00 | 4,088.93 |



| Master Bedroom | | | | | Height: Tray |
|---|---|---|---|---|---|
| | 411.33 SF Walls | | 210.08 SF Ceiling | | |
| | 621.42 SF Walls & Ceiling | | 194.90 SF Floor | | |
| | 21.66 SY Flooring | | 51.42 LF Floor Perimeter | | |
| | 51.42 LF Ceil. Perimeter | | | | |

| Missing Wall | 5' 3" X 8' | Opens into M_BATHROOM |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32. Detach & Reset Ceiling fan & light | 1.00 EA | 181.73 | 0.00 | 36.34 | 218.07 | (0.00) | 218.07 |
| 33. R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.76 | 0.74 | 4.88 | 29.38 | (0.00) | 29.38 |
| 34. Content Manipulation charge - per hour | 3.00 HR | 38.32 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |
| 35. R&R 5/8" drywall - hung, taped, floated, ready for paint | 210.08 SF | 3.07 | 10.23 | 131.02 | 786.20 | (0.00) | 786.20 |
| 36. R&R 1/2" drywall - hung, taped, floated, ready for paint | 411.33 SF | 2.96 | 17.99 | 247.10 | 1,482.63 | (0.00) | 1,482.63 |
| 37. R&R Baseboard - 3 1/4" | 51.42 LF | 3.82 | 6.70 | 40.62 | 243.74 | (0.00) | 243.74 |
| 38. Seal/prime then paint the walls and ceiling (2 coats) | 621.42 SF | 1.01 | 9.74 | 127.46 | 764.83 | (0.00) | 764.83 |
| 39. Batt insulation - 6" - R19 - paper / foil faced | 621.42 SF | 1.26 | 48.19 | 166.24 | 997.42 | (0.00) | 997.42 |
| 40. Mask and prep for paint - plastic, paper, tape (per LF) beams* | 51.42 LF | 1.47 | 1.15 | 15.36 | 92.10 | (0.00) | 92.10 |
| 41. Seal stud wall for odor control (anti-microbial coating) | 621.42 SF | 2.32 | 78.44 | 304.02 | 1,824.15 | (0.00) | 1,824.15 |
| 42. Paint baseboard - two coats | 51.42 LF | 1.53 | 0.59 | 15.86 | 95.12 | (0.00) | 95.12 |
| 43. Detach & Reset Interior door unit | 1.00 EA | 71.51 | 0.08 | 14.32 | 85.91 | (0.00) | 85.91 |
| 44. Trim - Reset | 51.42 LF | 0.70 | 0.08 | 7.22 | 43.29 | (0.00) | 43.29 |
| 45. Seal & paint trim - two coats | 51.42 LF | 1.51 | 0.51 | 15.62 | 93.77 | (0.00) | 93.77 |
| 46. Detach & Reset Window drapery - hardware - Large | 1.00 EA | 35.64 | 0.00 | 7.12 | 42.76 | (0.00) | 42.76 |
| 47. Remove Window trim set (casing & stop) - stain grade | 21.00 LF | 0.57 | 0.00 | 2.40 | 14.37 | (0.00) | 14.37 |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

**CONTINUED - Master Bedroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 48. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 33.17 | 0.40 | 6.72 | 40.29 | (0.00) | 40.29 |
| 128. Remove Carpet | 194.90 SF | 0.31 | 0.00 | 12.08 | 72.50 | (0.00) | 72.50 |
| 49. Carpet | 224.13 SF | 3.85 | 53.07 | 183.20 | 1,099.17 | (0.00) | 1,099.17 |
| 15 % waste added for Carpet. | | | | | | | |
| 50. R&R Carpet pad | 194.90 SF | 0.79 | 8.20 | 32.44 | 194.62 | (0.00) | 194.62 |
| **Totals: Master Bedroom** | | | **236.11** | **1,393.02** | **8,358.28** | **0.00** | **8,358.28** |



| **M Closet** | | | **Height: 8'** |
|---|---|---|---|
| 166.67 SF Walls | | 27.08 SF Ceiling | |
| 193.75 SF Walls & Ceiling | | 27.08 SF Floor | |
| 3.01 SY Flooring | | 20.83 LF Floor Perimeter | |
| 20.83 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Detach & Reset Light fixture | 1.00 EA | 51.02 | 0.00 | 10.20 | 61.22 | (0.00) | 61.22 |
| 52. R&R 5/8" drywall - hung, taped, floated, ready for paint | 27.08 SF | 3.07 | 1.32 | 16.88 | 101.34 | (0.00) | 101.34 |
| 53. R&R 1/2" drywall - hung, taped, floated, ready for paint | 166.67 SF | 2.96 | 7.29 | 100.12 | 600.75 | (0.00) | 600.75 |
| 54. R&R Baseboard - 3 1/4" | 20.83 LF | 3.82 | 2.72 | 16.46 | 98.75 | (0.00) | 98.75 |
| 55. Seal/prime then paint the walls and ceiling (2 coats) | 193.75 SF | 1.01 | 3.04 | 39.74 | 238.47 | (0.00) | 238.47 |
| 56. Batt insulation - 6" - R19 - paper / foil faced | 193.75 SF | 1.26 | 15.03 | 51.82 | 310.98 | (0.00) | 310.98 |
| 57. Mask and prep for paint - plastic, paper, tape (per LF) beams* | 20.83 LF | 1.47 | 0.46 | 6.22 | 37.30 | (0.00) | 37.30 |
| 58. Seal stud wall for odor control (anti-microbial coating) | 193.75 SF | 2.32 | 24.46 | 94.80 | 568.76 | (0.00) | 568.76 |
| 59. Paint baseboard - two coats | 20.83 LF | 1.53 | 0.24 | 6.42 | 38.53 | (0.00) | 38.53 |
| 60. Detach & Reset Interior door unit | 1.00 EA | 71.51 | 0.08 | 14.32 | 85.91 | (0.00) | 85.91 |
| 61. Trim - Reset | 20.83 LF | 0.70 | 0.03 | 2.92 | 17.53 | (0.00) | 17.53 |
| 62. Seal & paint trim - two coats | 20.83 LF | 1.51 | 0.21 | 6.34 | 38.00 | (0.00) | 38.00 |
| 129. Remove Carpet | 27.08 SF | 0.31 | 0.00 | 1.68 | 10.07 | (0.00) | 10.07 |
| 63. Carpet | 31.15 SF | 3.85 | 7.38 | 25.46 | 152.77 | (0.00) | 152.77 |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

**CONTINUED - M Closet**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15 % waste added for Carpet. | | | | | | | |
| 64. R&R Carpet pad | 27.08 SF | 0.79 | 1.14 | 4.50 | 27.03 | (0.00) | 27.03 |
| 65. R&R Shelving - 12" - in place | 20.83 LF | 10.12 | 7.29 | 43.62 | 261.71 | (0.00) | 261.71 |
| 66. Content Manipulation charge - per hour | 1.00 HR | 38.32 | 0.00 | 7.66 | 45.98 | (0.00) | 45.98 |
| **Totals: M Closet** | | | **70.69** | **449.16** | **2,695.10** | **0.00** | **2,695.10** |



| Bedroom 2 | | | | Height: 8' |
|---|---|---|---|---|

332.00 SF Walls
439.50 SF Walls & Ceiling
11.94 SY Flooring
41.50 LF Ceil. Perimeter

107.50 SF Ceiling
107.50 SF Floor
41.50 LF Floor Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 67. R&R 1/2" drywall - hung, taped, floated, ready for paint | 332.00 SF | 2.96 | 14.52 | 199.46 | 1,196.70 | (0.00) | 1,196.70 |
| 68. R&R Baseboard - 3 1/4" | 41.50 LF | 3.82 | 5.41 | 32.80 | 196.75 | (0.00) | 196.75 |
| 69. Seal/prime then paint the walls (2 coats) | 332.00 SF | 1.01 | 5.20 | 68.10 | 408.62 | (0.00) | 408.62 |
| 70. Batt insulation - 6" - R19 - paper / foil faced | 332.00 SF | 1.26 | 25.75 | 88.82 | 532.89 | (0.00) | 532.89 |
| 71. Mask and prep for paint - plastic, paper, tape (per LF) beams* | 41.50 LF | 1.47 | 0.92 | 12.38 | 74.31 | (0.00) | 74.31 |
| 72. Seal stud wall for odor control (anti-microbial coating) | 332.00 SF | 2.32 | 41.91 | 162.42 | 974.57 | (0.00) | 974.57 |
| 73. Paint baseboard - two coats | 41.50 LF | 1.53 | 0.48 | 12.80 | 76.78 | (0.00) | 76.78 |
| 74. Detach & Reset Interior door unit | 1.00 EA | 71.51 | 0.08 | 14.32 | 85.91 | (0.00) | 85.91 |
| 75. Trim - Reset | 41.50 LF | 0.70 | 0.07 | 5.84 | 34.96 | (0.00) | 34.96 |
| 76. Seal & paint trim - two coats | 41.50 LF | 1.51 | 0.41 | 12.62 | 75.70 | (0.00) | 75.70 |
| 77. Detach & Reset Window drapery - hardware - Large | 1.00 EA | 35.64 | 0.00 | 7.12 | 42.76 | (0.00) | 42.76 |
| 78. Remove Window trim set (casing & stop) - stain grade | 21.00 LF | 0.57 | 0.00 | 2.40 | 14.37 | (0.00) | 14.37 |
| 79. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 33.17 | 0.40 | 6.72 | 40.29 | (0.00) | 40.29 |
| 130. Remove Carpet | 107.50 SF | 0.31 | 0.00 | 6.66 | 39.99 | (0.00) | 39.99 |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

**CONTINUED - Bedroom 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 80.  Carpet | 123.63 SF | 3.85 | 29.27 | 101.06 | 606.31 | (0.00) | 606.31 |
| 15 % waste added for Carpet. | | | | | | | |
| 81.  R&R Carpet pad | 107.50 SF | 0.79 | 4.52 | 17.90 | 107.35 | (0.00) | 107.35 |
| **Totals:  Bedroom 2** | | | **128.94** | **751.42** | **4,508.26** | **0.00** | **4,508.26** |



**B2 Closet**                                                                      Height: 8'

| | |
|---|---|
| 177.33  SF Walls | 30.69  SF Ceiling |
| 208.03  SF Walls & Ceiling | 30.69  SF Floor |
| 3.41  SY Flooring | 22.17  LF Floor Perimeter |
| 22.17  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 82.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 177.33 SF | 2.96 | 7.75 | 106.54 | 639.19 | (0.00) | 639.19 |
| 83.  R&R Baseboard - 3 1/4" | 22.17 LF | 3.82 | 2.89 | 17.52 | 105.10 | (0.00) | 105.10 |
| 84.  Seal/prime then paint the walls (2 coats) | 177.33 SF | 1.01 | 2.78 | 36.38 | 218.26 | (0.00) | 218.26 |
| 85.  Batt insulation - 6" - R19 - paper / foil faced | 177.33 SF | 1.26 | 13.75 | 47.44 | 284.63 | (0.00) | 284.63 |
| 86.  Mask and prep for paint - plastic, paper, tape (per LF) beams* | 22.17 LF | 1.47 | 0.49 | 6.62 | 39.70 | (0.00) | 39.70 |
| 87.  Seal stud wall for odor control (anti-microbial coating) | 177.33 SF | 2.32 | 22.38 | 86.76 | 520.55 | (0.00) | 520.55 |
| 88.  Paint baseboard - two coats | 22.17 LF | 1.53 | 0.26 | 6.84 | 41.02 | (0.00) | 41.02 |
| 89.  Detach & Reset Interior door unit | 1.00 EA | 71.51 | 0.08 | 14.32 | 85.91 | (0.00) | 85.91 |
| 90.  Trim - Reset | 22.17 LF | 0.70 | 0.04 | 3.10 | 18.66 | (0.00) | 18.66 |
| 91.  Seal & paint trim - two coats | 22.17 LF | 1.51 | 0.22 | 6.74 | 40.44 | (0.00) | 40.44 |
| 92.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 33.17 | 0.40 | 6.72 | 40.29 | (0.00) | 40.29 |
| 131.  Remove Carpet | 30.69 SF | 0.31 | 0.00 | 1.90 | 11.41 | (0.00) | 11.41 |
| 93.  Carpet | 35.30 SF | 3.85 | 8.36 | 28.86 | 173.13 | (0.00) | 173.13 |
| 15 % waste added for Carpet. | | | | | | | |
| 94.  R&R Carpet pad | 30.69 SF | 0.79 | 1.29 | 5.12 | 30.66 | (0.00) | 30.66 |
| 95.  Content Manipulation charge - per hour | 1.00 HR | 38.32 | 0.00 | 7.66 | 45.98 | (0.00) | 45.98 |
| 96.  R&R Shelving - 12" - in place | 22.17 LF | 10.12 | 7.76 | 46.42 | 278.54 | (0.00) | 278.54 |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

**CONTINUED - B2 Closet**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: B2 Closet | | | 68.45 | 428.94 | 2,573.47 | 0.00 | 2,573.47 |



| **Bedroom 1** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|

381.33 SF Walls      102.81 SF Ceiling
484.15 SF Walls & Ceiling  102.81 SF Floor
 11.42 SY Flooring     47.67 LF Floor Perimeter
 47.67 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 97. R&R 1/2" drywall - hung, taped, floated, ready for paint | 381.33 SF | 2.96 | 16.67 | 229.08 | 1,374.49 | (0.00) | 1,374.49 |
| 98. R&R Baseboard - 3 1/4" | 47.67 LF | 3.82 | 6.21 | 37.66 | 225.97 | (0.00) | 225.97 |
| 99. Seal/prime then paint the walls and ceiling (2 coats) | 484.15 SF | 1.01 | 7.59 | 99.32 | 595.90 | (0.00) | 595.90 |
| 100. Batt insulation - 6" - R19 - paper / foil faced | 484.15 SF | 1.26 | 37.55 | 129.52 | 777.10 | (0.00) | 777.10 |
| 101. Mask and prep for paint - plastic, paper, tape (per LF) beams* | 47.67 LF | 1.47 | 1.06 | 14.24 | 85.37 | (0.00) | 85.37 |
| 102. Seal stud wall for odor control (anti-microbial coating) | 484.15 SF | 2.32 | 61.11 | 236.86 | 1,421.20 | (0.00) | 1,421.20 |
| 103. Paint baseboard - two coats | 47.67 LF | 1.53 | 0.55 | 14.70 | 88.19 | (0.00) | 88.19 |
| 104. Detach & Reset Interior door unit | 1.00 EA | 71.51 | 0.08 | 14.32 | 85.91 | (0.00) | 85.91 |
| 105. Trim - Reset | 47.67 LF | 0.70 | 0.08 | 6.70 | 40.15 | (0.00) | 40.15 |
| 106. Seal & paint trim - two coats | 47.67 LF | 1.51 | 0.47 | 14.50 | 86.95 | (0.00) | 86.95 |
| 107. Detach & Reset Window drapery - hardware - Large | 2.00 EA | 35.64 | 0.00 | 14.26 | 85.54 | (0.00) | 85.54 |
| 108. R&R Aluminum window, single hung 13-19 sf (2 pane w/thermal) | 2.00 EA | 492.65 | 63.60 | 209.78 | 1,258.68 | (0.00) | 1,258.68 |
| 109. Add. charge for a retrofit window, 3-11 sf - difficult | 2.00 EA | 167.03 | 2.29 | 67.28 | 403.63 | (0.00) | 403.63 |
| 110. Remove Window trim set (casing & stop) - stain grade | 21.00 LF | 0.57 | 0.00 | 2.40 | 14.37 | (0.00) | 14.37 |
| 111. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 33.17 | 0.40 | 6.72 | 40.29 | (0.00) | 40.29 |
| 132. Remove Carpet | 102.81 SF | 0.31 | 0.00 | 6.38 | 38.25 | (0.00) | 38.25 |
| 112. Carpet | 118.23 SF | 3.85 | 27.99 | 96.64 | 579.82 | (0.00) | 579.82 |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

### CONTINUED - Bedroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15 % waste added for Carpet. | | | | | | | |
| 113. R&R Carpet pad | 102.81 SF | 0.79 | 4.33 | 17.10 | 102.65 | (0.00) | 102.65 |
| **Totals: Bedroom 1** | | | **229.98** | **1,217.46** | **7,304.46** | **0.00** | **7,304.46** |

| | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Total: Main Level** | | | **1,175.50** | **7,253.80** | **43,570.14** | **0.00** | **43,570.14** |

### Loss of use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 114. TEMPORARY housing and meals per receipts* | 1.00 UN | 650.77 | 0.00 | 0.00 | 650.77 | (0.00) | 650.77 |
| **Totals: Loss of use** | | | **0.00** | **0.00** | **650.77** | **0.00** | **650.77** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 115. Detach & Reset Brick veneer wall crack* | 96.00 SF | 57.27 | 2.06 | 1,100.00 | 6,599.98 | (0.00) | 6,599.98 |
| **Totals: Left Elevation** | | | **2.06** | **1,100.00** | **6,599.98** | **0.00** | **6,599.98** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 116. Heat, vent, & air cond. labor minimum | 1.00 EA | 193.91 | 0.00 | 38.78 | 232.69 | (0.00) | 232.69 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **38.78** | **232.69** | **0.00** | **232.69** |
| **Line Item Totals: 2022-07-18-13101** | | | **1,177.56** | **8,392.58** | **51,053.58** | **0.00** | **51,053.58** |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 6,668.19 | SF Walls | 2,518.38 | SF Ceiling | 9,186.58 | SF Walls and Ceiling |
| 2,489.92 | SF Floor | 276.66 | SY Flooring | 799.42 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 824.72 | LF Ceil. Perimeter |
| | | | | | |
| 2,489.92 | Floor Area | 2,668.42 | Total Area | 6,668.19 | Interior Wall Area |
| 2,758.23 | Exterior Wall Area | 289.33 | Exterior Perimeter of Walls | | |
| | | | | | |
| 3,074.93 | Surface Area | 30.75 | Number of Squares | 279.67 | Total Perimeter Length |
| 22.83 | Total Ridge Length | 191.56 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 50,402.81 | 98.73% | 50,402.81 | 98.73% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| loss of use | 650.77 | 1.27% | 650.77 | 1.27% |
| Total | 51,053.58 | 100.00% | 51,053.58 | 100.00% |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 40,832.67 |
| Material Sales Tax | 1,129.89 |
| Cleaning Mtl Tax | 0.08 |
| Subtotal | 41,962.64 |
| Overhead | 4,196.29 |
| Profit | 4,196.29 |
| Cleaning Sales Tax | 47.59 |
| **Replacement Cost Value** | **$50,402.81** |
| Less Deductible | (5,316.00) |
| **Net Claim** | **$45,086.81** |

_____
Gary Sanders
President.

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

### Summary for loss of use

| | |
|---|---|
| Line Item Total | 650.77 |
| **Replacement Cost Value** | **$650.77** |
| **Net Claim** | **$650.77** |

Gary Sanders
President.

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

### Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
|  | 4,196.29 | 4,196.29 | 1,129.89 | 0.08 | 47.59 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
|  | **4,196.29** | **4,196.29** | **1,129.89** | **0.08** | **47.59** | **0.00** | **0.00** | **0.00** |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

## Recap by Room

**Estimate: 2022-07-18-13101**

| | | | |
|---|---|---:|---:|
| **Area: Main Level** | | **1,899.93** | **4.58%** |
| Coverage: Dwelling | 100.00% = | 1,899.93 | |
| **Living Room** | | **9,459.47** | **22.80%** |
| Coverage: Dwelling | 100.00% = | 9,459.47 | |
| **Hallway** | | **3,316.04** | **7.99%** |
| Coverage: Dwelling | 100.00% = | 3,316.04 | |
| **Master Bedroom** | | **6,729.15** | **16.22%** |
| Coverage: Dwelling | 100.00% = | 6,729.15 | |
| **M Closet** | | **2,175.25** | **5.24%** |
| Coverage: Dwelling | 100.00% = | 2,175.25 | |
| **Bedroom 2** | | **3,627.90** | **8.75%** |
| Coverage: Dwelling | 100.00% = | 3,627.90 | |
| **B2 Closet** | | **2,076.08** | **5.00%** |
| Coverage: Dwelling | 100.00% = | 2,076.08 | |
| **Bedroom 1** | | **5,857.02** | **14.12%** |
| Coverage: Dwelling | 100.00% = | 5,857.02 | |
| **Area Subtotal:  Main Level** | | **35,140.84** | **84.71%** |
| Coverage: Dwelling | 100.00% = | 35,140.84 | |
| **Loss of use** | | **650.77** | **1.57%** |
| Coverage: loss of use | 100.00% = | 650.77 | |
| **Left Elevation** | | **5,497.92** | **13.25%** |
| Coverage: Dwelling | 100.00% = | 5,497.92 | |
| **Labor Minimums Applied** | | **193.91** | **0.47%** |
| Coverage: Dwelling | 100.00% = | 193.91 | |
| **Subtotal of Areas** | | **41,483.44** | **100.00%** |
| Coverage: Dwelling | 98.43% = | 40,832.67 | |
| Coverage: loss of use | 1.57% = | 650.77 | |
| **Total** | | **41,483.44** | **100.00%** |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

### Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **CLEANING** | | | **480.70** | **0.94%** |
| Coverage: Dwelling | @ | 100.00% = | 480.70 | |
| **CONTENT MANIPULATION** | | | **344.88** | **0.68%** |
| Coverage: Dwelling | @ | 100.00% = | 344.88 | |
| **GENERAL DEMOLITION** | | | **2,614.91** | **5.12%** |
| Coverage: Dwelling | @ | 100.00% = | 2,614.91 | |
| **DOORS** | | | **715.10** | **1.40%** |
| Coverage: Dwelling | @ | 100.00% = | 715.10 | |
| **DRYWALL** | | | **7,772.89** | **15.22%** |
| Coverage: Dwelling | @ | 100.00% = | 7,772.89 | |
| **ELECTRICAL** | | | **789.23** | **1.55%** |
| Coverage: Dwelling | @ | 100.00% = | 789.23 | |
| **FLOOR COVERING - CARPET** | | | **2,350.86** | **4.60%** |
| Coverage: Dwelling | @ | 100.00% = | 2,350.86 | |
| **FINISH CARPENTRY / TRIMWORK** | | | **1,679.90** | **3.29%** |
| Coverage: Dwelling | @ | 100.00% = | 1,679.90 | |
| **HEAT,  VENT & AIR CONDITIONING** | | | **235.79** | **0.46%** |
| Coverage: Dwelling | @ | 100.00% = | 235.79 | |
| **INSULATION** | | | **4,044.83** | **7.92%** |
| Coverage: Dwelling | @ | 100.00% = | 4,044.83 | |
| **LIGHT FIXTURES** | | | **414.48** | **0.81%** |
| Coverage: Dwelling | @ | 100.00% = | 414.48 | |
| **MASONRY** | | | **5,497.92** | **10.77%** |
| Coverage: Dwelling | @ | 100.00% = | 5,497.92 | |
| **PAINTING** | | | **12,408.88** | **24.31%** |
| Coverage: Dwelling | @ | 100.00% = | 12,408.88 | |
| **WINDOWS - ALUMINUM** | | | **1,268.46** | **2.48%** |
| Coverage: Dwelling | @ | 100.00% = | 1,268.46 | |
| **WINDOW TREATMENT** | | | **213.84** | **0.42%** |
| Coverage: Dwelling | @ | 100.00% = | 213.84 | |
| **O&P Items Subtotal** | | | **40,832.67** | **79.98%** |

| Non-O&P Items | | | Total | % |
|---|---|---|---|---|
| **TEMPORARY REPAIRS** | | | **650.77** | **1.27%** |
| Coverage: loss of use | @ | 100.00% = | 650.77 | |
| **Non-O&P Items Subtotal** | | | **650.77** | **1.27%** |
| **O&P Items Subtotal** | | | **40,832.67** | **79.98%** |
| **Material Sales Tax** | | | **1,129.89** | **2.21%** |
| Coverage: Dwelling | @ | 100.00% = | 1,129.89 | |

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

| | | | | |
|---|---|---|---|---|
| **Cleaning Mtl Tax** | | | **0.08** | **0.00%** |
| Coverage: Dwelling | @ | 100.00% = | 0.08 | |
| **Overhead** | | | **4,196.29** | **8.22%** |
| Coverage: Dwelling | @ | 100.00% = | 4,196.29 | |
| **Profit** | | | **4,196.29** | **8.22%** |
| Coverage: Dwelling | @ | 100.00% = | 4,196.29 | |
| **Cleaning Sales Tax** | | | **47.59** | **0.09%** |
| Coverage: Dwelling | @ | 100.00% = | 47.59 | |
| **Total** | | | **51,053.58** | **100.00%** |

*Please find enclosed a copy of an estimate of the cost to repair your above identified property.*

*This report was written specifically for the subject property based on inspection and data available at the time.*

*ACTUAL ONSITE TESTING FOR MOISTURE WAS CONDUCTED USING A FLIR MR277 INFRARED GUIDED MEASUREMENT  INTERLINK*
*ATTACHED TO  A FLIR MR12 BALL PROBE MOISTURE  SENSOR THAT READS UP TO 4 INCHES PAST THE SURFACE..  PHOTOS ARE THEN MADE OF THE MEASURED RESULTS.*
*WE UTILIZIED A  5 FOOT LONG MAST EXTENDER  THAT ALLOWED FOR THE ACTUAL TESTING OF CEILINGS AND HIGH WALLS.*

*Should additional information ( discovery of damages) become available, the author reserves the right to review the new data and make appropriate comments and changes.*

## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

1    Main Level/Living Room - 17-
TimePhoto_20220630_091557
Date Taken: 6/30/2022
Taken By: RGP

General inspection



2    Main Level/Living Room - 18-
TimePhoto_20220630_091604
Date Taken: 6/30/2022
Taken By: RGP

Station particles readings



# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

3    Main Level/Living Room - 19-
TimePhoto_20220630_092250
Date Taken: 6/30/2022
Taken By: RGP

General inspection



4    Main Level/Living Room - 20-
TimePhoto_20220630_092252
Date Taken: 6/30/2022
Taken By: RGP

General inspection



### GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

5    Main Level/Living Room - 21-
     TimePhoto_20220630_092254
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



6    Main Level/Living Room - 22-
     TimePhoto_20220630_092258
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

7    Main Level/Living Room - 23-
     TimePhoto_20220630_092304
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



8    Main Level/Living Room - 24-
     TimePhoto_20220630_092306
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

9    Main Level/Living Room - 25-
TimePhoto_20220630_092311
Date Taken: 6/30/2022
Taken By: RGP

General inspection



10    Main Level/Living Room - 26-
TimePhoto_20220630_092314
Date Taken: 6/30/2022
Taken By: RGP

General inspection



### GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

11    Main Level/Living Room - 27-
     TimePhoto_20220630_092316
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



12    Main Level/Living Room - 28-
     TimePhoto_20220630_092318
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

13    Main Level/Living Room - 29-
TimePhoto_20220630_092320
Date Taken: 6/30/2022

Taken By: RGP

General inspection



14    Main Level/Living Room - 30-
TimePhoto_20220630_092324
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

15  Main Level/Living Room - 31-
    TimePhoto_20220630_093438
    Date Taken: 6/30/2022
    Taken By: RGP

    Fireplace cracks



16  Main Level/Living Room - 32-
    TimePhoto_20220630_093501
    Date Taken: 6/30/2022
    Taken By: RGP

    Multiple cracks in the fireplace /
    chimney



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

17    Main Level/Living Room - 35-
TimePhoto_20220630_094627
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



18    Main Level/Living Room - 36-
TimePhoto_20220630_094641
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

19    Main Level/Living Room - 37-
TimePhoto_20220630_094646
Date Taken: 6/30/2022
Taken By: RGP

Moisture level % readings



20    Main Level/Living Room - 38-
TimePhoto_20220630_094652
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

21    Main Level/Living Room - 39-
      TimePhoto_20220630_094658
      Date Taken: 6/30/2022
      Taken By: RGP

      Moisture level % readings



22    Main Level/Living Room - 40-
      TimePhoto_20220630_094711
      Date Taken: 6/30/2022
      Taken By: RGP

      Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

23  Main Level/Living Room - 41-
    TimePhoto_20220630_094716
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



24  Main Level/Living Room - 42-
    TimePhoto_20220630_094717
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

25   Main Level/Living Room - 43-
     TimePhoto_20220630_094720
     Date Taken: 6/30/2022
     Taken By: RGP

     Moisture level % readings



26   Main Level/Living Room - 44-
     TimePhoto_20220630_094725
     Date Taken: 6/30/2022
     Taken By: RGP

     Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

27  Main Level/Living Room - 45-
TimePhoto_20220630_094729
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



28  Main Level/Living Room - 46-
TimePhoto_20220630_094737
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

29    Main Level/Rear Porch - 47-IMG_
6829
Date Taken: 6/30/2022
Taken By: GLS

General inspection



30    Main Level/Rear Porch - 48-IMG_
6830
Date Taken: 6/30/2022
Taken By: GLS

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

31    Main Level/Rear Porch - 49-
      TimePhoto_20220630_090738
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



32    Main Level/Rear Porch - 50-
      TimePhoto_20220630_090740
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

33    Main Level/Rear Porch - 51-
      TimePhoto_20220630_090742
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



34    Main Level/Rear Porch - 52-
      TimePhoto_20220630_090744
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



**GLS & ASSOCIATES INC.**

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

35   Main Level/Rear Porch - 53-
     TimePhoto_20220630_090747
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



36   Main Level/Rear Porch - 54-
     TimePhoto_20220630_090749
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

37  Main Level/Rear Porch - 55-
    TimePhoto_20220630_090751
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



38  Main Level/Rear Porch - 56-
    TimePhoto_20220630_090756
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



**GLS & ASSOCIATES INC.**

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

39   Main Level/Rear Porch - 57-
     TimePhoto_20220630_090758
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



40   Main Level/Rear Porch - 58-
     TimePhoto_20220630_090759
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

41   Main Level/Rear Porch - 59-
     TimePhoto_20220630_090802
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



42   Main Level/Rear Porch - 60-
     TimePhoto_20220630_090808
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

43  Main Level/Rear Porch - 61-
    TimePhoto_20220630_090816
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



44  Main Level/Rear Porch - 62-
    TimePhoto_20220630_090817
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

45   Main Level/Rear Porch - 63-
     TimePhoto_20220630_091454
     Date Taken: 6/30/2022
     Taken By: RGP

     Station particles readings



46   Main Level/Fireplace - 64-
     TimePhoto_20220630_092252
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

47    Main Level/Fireplace - 65-
      TimePhoto_20220630_093438
      Date Taken: 6/30/2022
      Taken By: RGP

      Cracks



48    Main Level/Fireplace - 66-
      TimePhoto_20220630_093501
      Date Taken: 6/30/2022
      Taken By: RGP

      Cracks



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

49    Main Level/Dining Room - 67-
TimePhoto_20220630_092351
Date Taken: 6/30/2022
Taken By: RGP

General inspection



50    Main Level/Dining Room - 68-
TimePhoto_20220630_092353
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

51  Main Level/Dining Room - 69-
    TimePhoto_20220630_092359
    Date Taken: 6/30/2022

    Taken By: RGP

    General inspection



52  Main Level/Dining Room - 70-
    TimePhoto_20220630_092404
    Date Taken: 6/30/2022

    Taken By: RGP

    General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

53  Main Level/Dining Room - 71-
    TimePhoto_20220630_092406
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



54  Main Level/Dining Room - 72-
    TimePhoto_20220630_092408
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

55    Main Level/Foyer / Entry - 73-
      TimePhoto_20220630_092439
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



56    Main Level/Foyer / Entry - 74-
      TimePhoto_20220630_092441
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

57    Main Level/Foyer / Entry - 75-
      TimePhoto_20220630_092443
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



58    Main Level/Foyer / Entry - 76-
      TimePhoto_20220630_092445
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

59   Main Level/Foyer / Entry - 77-
TimePhoto_20220630_092447
Date Taken: 6/30/2022
Taken By: RGP

General inspection



60   Main Level/Foyer / Entry - 78-
TimePhoto_20220630_092452
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

61  Main Level/Kitchen - 79-
TimePhoto_20220630_091612
Date Taken: 6/30/2022
Taken By: RGP

General inspection



62  Main Level/Kitchen - 80-
TimePhoto_20220630_091617
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

63    Main Level/Kitchen - 81-
      TimePhoto_20220630_091719
      Date Taken: 6/30/2022
      Taken By: RGP

      Station particles readings



64    Main Level/Kitchen - 82-
      TimePhoto_20220630_092410
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

65   Main Level/Kitchen - 83-
     TimePhoto_20220630_092412
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



66   Main Level/Kitchen - 84-
     TimePhoto_20220630_092414
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

67   Main Level/Kitchen - 85-
     TimePhoto_20220630_092417
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



68   Main Level/Kitchen - 86-
     TimePhoto_20220630_092421
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

69    Main Level/Kitchen - 87-
      TimePhoto_20220630_092422
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



70    Main Level/Hallway - 88-
      TimePhoto_20220630_091816
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

71   Main Level/Hallway – 89-
     TimePhoto_20220630_091833
     Date Taken: 6/30/2022
     Taken By: RGP

     Station particles readings



72   Main Level/Hallway – 90-
     TimePhoto_20220630_092450
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

73    Main Level/Hallway - 91-
TimePhoto_20220630_092502
Date Taken: 6/30/2022
Taken By: RGP

General inspection



74    Main Level/Hallway - 92-
TimePhoto_20220630_092505
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

75  Main Level/Hallway - 93-
    TimePhoto_20220630_092507
    Date Taken: 6/30/2022

    Taken By: RGP

    General inspection



76  Main Level/Hallway - 94-
    TimePhoto_20220630_092509
    Date Taken: 6/30/2022

    Taken By: RGP

    General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

77   Main Level/Hallway - 95-
TimePhoto_20220630_092527
Date Taken: 6/30/2022

Taken By: RGP

General inspection



78   Main Level/Hallway - 96-
TimePhoto_20220630_092529
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

79    Main Level/Hallway - 97-
      TimePhoto_20220630_092533
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



80    Main Level/Hallway - 98-
      TimePhoto_20220630_092535
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

81    Main Level/Hallway - 99-
TimePhoto_20220630_092537
Date Taken: 6/30/2022

Taken By: RGP

General inspection



82    Main Level/Hallway - 100-
TimePhoto_20220630_094747
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

83    Main Level/Hallway - 101-
TimePhoto_20220630_094801
Date Taken: 6/30/2022
Taken By: RGP

General inspection



84    Main Level/Hallway - 102-
TimePhoto_20220630_094807
Date Taken: 6/30/2022
Taken By: RGP

Moisture level % readings



**GLS & ASSOCIATES INC.**

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

85    Main Level/Hallway - 103-
TimePhoto_20220630_094813
Date Taken: 6/30/2022
Taken By: RGP

Moisture level % readings



86    Main Level/Hallway - 104-
TimePhoto_20220630_094821
Date Taken: 6/30/2022
Taken By: RGP

Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

87   Main Level/Pantry - 105-
     TimePhoto_20220630_092425
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



88   Main Level/Pantry - 106-
     TimePhoto_20220630_092430
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

89    Main Level/Garage - 110-
      TimePhoto_20220630_083926
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



90    Main Level/Front Porch - 107-
      TimePhoto_20220630_083950
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



### GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

91    Main Level/Front Porch - 108-
    TimePhoto_20220630_083953
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



92    Main Level/Front Porch - 109-
    TimePhoto_20220630_083955
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

93    Main Level/AC Closet - 111-
      TimePhoto_20220630_092541
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



94    Main Level/AC Closet - 112-
      TimePhoto_20220630_092543
      Date Taken: 6/30/2022
      Taken By: RGP

      General inspection



# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

95  Main Level/H Closet - 113-
TimePhoto_20220630_092720
Date Taken: 6/30/2022

Taken By: RGP

General inspection



96  Main Level/H Closet - 114-
TimePhoto_20220630_092722
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

97  Main Level/Master Bedroom - 116-
    TimePhoto_20220630_092051
    Date Taken: 6/30/2022
    Taken By: RGP

    General inspection



98  Main Level/Master Bedroom - 117-
    TimePhoto_20220630_092105
    Date Taken: 6/30/2022
    Taken By: RGP

    Station particles readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

99   Main Level/Master Bedroom - 118-
     TimePhoto_20220630_092728
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



100  Main Level/Master Bedroom - 119-
     TimePhoto_20220630_092733
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

101  Main Level/Master Bedroom - 120-
TimePhoto_20220630_092735
Date Taken: 6/30/2022

Taken By: RGP

General inspection



102  Main Level/Master Bedroom - 121-
TimePhoto_20220630_092741
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

103  Main Level/Master Bedroom - 122-
     TimePhoto_20220630_092743
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



104  Main Level/Master Bedroom - 123-
     TimePhoto_20220630_092747
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

105  Main Level/Master Bedroom - 124-
     TimePhoto_20220630_092748
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



106  Main Level/Master Bedroom - 125-
     TimePhoto_20220630_092750
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

107 Main Level/Master Bedroom - 126-
TimePhoto_20220630_092752
Date Taken: 6/30/2022

Taken By: RGP

General inspection



108 Main Level/Master Bedroom - 127-
TimePhoto_20220630_092758
Date Taken: 6/30/2022

Taken By: RGP

General inspection / Cracks



**GLS & ASSOCIATES INC.**

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

109  Main Level/Master Bedroom – 128-
TimePhoto_20220630_092803
Date Taken: 6/30/2022
Taken By: RGP

Water stains



110  Main Level/Master Bedroom – 129-
TimePhoto_20220630_092806
Date Taken: 6/30/2022
Taken By: RGP

General inspection



# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

111  Main Level/Master Bedroom - 130-
TimePhoto_20220630_092808
Date Taken: 6/30/2022

Taken By: RGP

General inspection



112  Main Level/Master Bedroom - 131-
TimePhoto_20220630_092812
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

113　Main Level/Master Bedroom - 132-
　　TimePhoto_20220630_092822
　　Date Taken: 6/30/2022
　　Taken By: RGP

　　General inspection



114　Main Level/Master Bedroom - 133-
　　TimePhoto_20220630_092828
　　Date Taken: 6/30/2022
　　Taken By: RGP

　　General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

115  Main Level/Master Bedroom - 134-
TimePhoto_20220630_092833
Date Taken: 6/30/2022
Taken By: RGP

General inspection



116  Main Level/Master Bedroom - 135-
TimePhoto_20220630_092835
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

117  Main Level/Master Bedroom - 136-
TimePhoto_20220630_092916
Date Taken: 6/30/2022
Taken By: RGP

General inspection



118  Main Level/Master Bedroom - 137-
TimePhoto_20220630_092918
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

119  Main Level/Master Bedroom - 138-
TimePhoto_20220630_094902
Date Taken: 6/30/2022
Taken By: RGP

General inspection



120  Main Level/Master Bedroom - 139-
TimePhoto_20220630_094910
Date Taken: 6/30/2022
Taken By: RGP

General inspection





## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

121 Main Level/Master Bedroom - 140-
TimePhoto_20220630_094912
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



122 Main Level/Master Bedroom - 141-
TimePhoto_20220630_094918
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

123  Main Level/Master Bedroom - 142-
TimePhoto_20220630_094928
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



124  Main Level/Master Bedroom - 143-
TimePhoto_20220630_094935
Date Taken: 6/30/2022

Taken By: RGP

Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

125  Main Level/Master Bedroom - 145-
     TimePhoto_20220630_094951
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



126  Main Level/Master Bedroom - 146-
     TimePhoto_20220630_094953
     Date Taken: 6/30/2022
     Taken By: RGP

     Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

127  Main Level/Master Bedroom - 147-
     TimePhoto_20220630_094958
     Date Taken: 6/30/2022
     Taken By: RGP

     Moisture level % readings



128  Main Level/Master Bedroom - 149-
     TimePhoto_20220630_095009
     Date Taken: 6/30/2022
     Taken By: RGP

     Moisture level % readings



# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

129  Main Level/Master Bedroom - 150-
TimePhoto_20220630_095019
Date Taken: 6/30/2022
Taken By: RGP

Moisture level % readings



130  Main Level/Shower + - 151-
TimePhoto_20220630_092904
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

131  Main Level/Shower + - 152-
TimePhoto_20220630_092906
Date Taken: 6/30/2022

Taken By: RGP

General inspection



132  Main Level/Shower + - 153-
TimePhoto_20220630_092908
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

133  Main Level/M Closet - 154-
TimePhoto_20220630_092849
Date Taken: 6/30/2022
Taken By: RGP

General inspection



134  Main Level/M Closet - 155-
TimePhoto_20220630_092852
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

135  Main Level/M Closet - 156-
TimePhoto_20220630_092855
Date Taken: 6/30/2022
Taken By: RGP

General inspection



136  Main Level/M Bathroom - 158-
TimePhoto_20220630_092835
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

137  Main Level/M Bathroom - 159-
TimePhoto_20220630_092840
Date Taken: 6/30/2022

Taken By: RGP

General inspection



138  Main Level/M Bathroom - 160-
TimePhoto_20220630_092842
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

139  Main Level/M Bathroom - 161-
TimePhoto_20220630_092904
Date Taken: 6/30/2022
Taken By: RGP

General inspection



140  Main Level/M Bathroom - 162-
TimePhoto_20220630_092906
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

141  Main Level/M Bathroom - 163-
TimePhoto_20220630_092908
Date Taken: 6/30/2022
Taken By: RGP

General inspection



142  Main Level/Bathroom 2 - 164-
TimePhoto_20220630_092113
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

143  Main Level/Bathroom 2 - 165-
TimePhoto_20220630_092212
Date Taken: 6/30/2022

Taken By: RGP

Station particles readings



144  Main Level/Bathroom 2 - 166-
TimePhoto_20220630_092656
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

145  Main Level/Bathroom 2 - 167-
TimePhoto_20220630_092658
Date Taken: 6/30/2022

Taken By: RGP

General inspection



146  Main Level/Bathroom 2 - 168-
TimePhoto_20220630_092700
Date Taken: 6/30/2022

Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

147  Main Level/Bathroom 2 - 169-
TimePhoto_20220630_092706
Date Taken: 6/30/2022

Taken By: RGP

General inspection



148  Main Level/Bathroom 2 - 170-
TimePhoto_20220630_092708
Date Taken: 6/30/2022

Taken By: RGP

General inspection



# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

149 Main Level/Bathroom 2 - 171-
TimePhoto_20220630_092711
Date Taken: 6/30/2022
Taken By: RGP

General inspection



150 Main Level/Bathroom 2 - 172-
TimePhoto_20220630_092714
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

151  Main Level/Bedroom 2 - 173-
TimePhoto_20220630_091900
Date Taken: 6/30/2022
Taken By: RGP

General inspection



152  Main Level/Bedroom 2 - 174-
TimePhoto_20220630_091947
Date Taken: 6/30/2022
Taken By: RGP

Station particles readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

153  Main Level/Bedroom 2 - 175-
TimePhoto_20220630_092552
Date Taken: 6/30/2022
Taken By: RGP

General inspection



154  Main Level/Bedroom 2 - 176-
TimePhoto_20220630_092553
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

155  Main Level/Bedroom 2 - 177-
TimePhoto_20220630_092555
Date Taken: 6/30/2022
Taken By: RGP

General inspection



156  Main Level/Bedroom 2 - 178-
TimePhoto_20220630_092602
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

157  Main Level/Bedroom 2 - 179-
TimePhoto_20220630_092604
Date Taken: 6/30/2022
Taken By: RGP

General inspection



158  Main Level/Bedroom 2 - 180-
TimePhoto_20220630_092607
Date Taken: 6/30/2022
Taken By: RGP

General inspection



# GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

159 Main Level/Bedroom 2 - 181-
TimePhoto_20220630_094826
Date Taken: 6/30/2022
Taken By: RGP

General inspection



160 Main Level/Bedroom 2 - 182-
TimePhoto_20220630_094836
Date Taken: 6/30/2022
Taken By: RGP

Moisture level % readings





## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

161  Main Level/Bedroom 2 - 183-
     TimePhoto_20220630_094841
     Date Taken: 6/30/2022
     Taken By: RGP

     Moisture level % readings



162  Main Level/Bedroom 2 - 184-
     TimePhoto_20220630_094849
     Date Taken: 6/30/2022
     Taken By: RGP

     Moisture level % readings



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

163  Main Level/Coat Closet - 185-
TimePhoto_20220630_092458
Date Taken: 6/30/2022
Taken By: RGP

General inspection



164  Shed/Shed - 186-IMG_6828
Date Taken: 6/30/2022
Taken By: GLS

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

165  Shed/Shed - 187-IMG_6833
Date Taken: 6/30/2022
Taken By: GLS

General inspection



166  Shed/Shed - 188-IMG_6836
Date Taken: 6/30/2022
Taken By: GLS

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

167  Shed/Shed - 189-TimePhoto_
     20220630_090822
     Date Taken: 6/30/2022
     Taken By: RGP

     General inspection



168  1-IMG_6823
     Date Taken: 6/30/2022
     Taken By: GLS

     8695 Bienville Drive, Beaumont TX
     77706



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

169  2-IMG_6824
     Date Taken: 6/30/2022
     Taken By: GLS

     Front elevation



170  3-IMG_6825
     Date Taken: 6/30/2022
     Taken By: GLS

     General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

171  4-IMG_6826
    Date Taken: 6/30/2022
    Taken By: GLS

    General inspection



172  5-IMG_6827
    Date Taken: 6/30/2022
    Taken By: GLS

    General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

173  6-IMG_6831
Date Taken: 6/30/2022
Taken By: GLS

General inspection



174  7-IMG_6832
Date Taken: 6/30/2022
Taken By: GLS

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

175  8-IMG_6834
Date Taken: 6/30/2022
Taken By: GLS

General inspection



176  9-IMG_6835
Date Taken: 6/30/2022
Taken By: GLS

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

177  10-TimePhoto_20220630_083826
Date Taken: 6/30/2022
Taken By: RGP

Front elevation



178  11-TimePhoto_20220630_083830
Date Taken: 6/30/2022
Taken By: RGP

General inspection



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

179  12-TimePhoto_20220630_083840
Date Taken: 6/30/2022
Taken By: RGP

8695 Bienville Drive, Beaumont TX
77706



180  13-TimePhoto_20220630_083856
Date Taken: 6/30/2022
Taken By: RGP

Left elevation



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

181  14-TimePhoto_20220630_083926
Date Taken: 6/30/2022
Taken By: RGP

Right elevation



182  15-TimePhoto_20220630_090804
Date Taken: 6/30/2022
Taken By: RGP

Rear elevation area



## GLS & ASSOCIATES INC.

GLS & ASSOCIATES INC.
16515 RR 12, suite 416
WIMBERLEY, TEXAS 78676
(9782) 523 2886
GLS66912@AOL.COM

183   16-TimePhoto_20220630_090819
Date Taken: 6/30/2022
Taken By: RGP

Rear elevation area



Master Bedroom-
STATION PARTICLES READINGS :
72245
MOISTURE LEVEL % READINGS :
24.3 % W
18.2 % W
14.5 % W
10.1 % W
14.1 % C
13.0 % C
11.1 % C
25.3 % F

Rear Porch-
STATION PARTICLES READINGS :
68647 - EXT

Living Room-
STATION PARTICLES READINGS :
79674
MOISTURE LEVEL % READINGS :
28.2 % W
21.1 % W
20.0 % W
17.7 % W
17.1 % W
12.0 % C
10.4 % C

Bathroom 2-
STATION PARTICLES READINGS :
72672

Kitchen-
STATION PARTICLES READINGS :
74178

Bedroom 2-
STATION PARTICLES READINGS :
58410
MOISTURE LEVEL % READINGS :
17.6 % W
12.2 % W
24.7 % F

Hallway-
STATION PARTICLES READINGS :
78087
MOISTURE LEVEL % READINGS :
13.5 % W
13.0 % W
8.7 % C
88.2 % F



N

Main Level



Roof

Roof





N

Shed

# Statement of Loss

**Claim #  PR 00000-355071**

## GLS & ASSOCIATES INC.

**GLS & ASSOCIATES INC.**
**16515 RR 12, suite 416**
**WIMBERLEY, TEXAS 78676**
**(9782) 523 2886**
**GLS66912@AOL.COM**

7/22/2022

| | |
|---|---|
| **Adjuster** | Gary Sanders |
| **Phone** | (972) 523-2886 |

| | |
|---|---|
| **Insured Name** | Juanita Vera & Rose Diaz |
| **Loss Address** | 8695 Bienville Drive, Beaumont, TX 77706 |
| **Phone Number** | (409) 273-5525 |
| **Other Phone** | |
| **Ins Company** | The Monk Law Firm |

**Ins Claim #**  PR 00000-355071          **Date of Loss**  8/27/2020

## Abstract of Coverage

| Policy # | 10000708947 | **Effective** | | |
|---|---|---|---|---|
| Forms | | | | |

| Coverage | Limit | | Co-Insurance | Deductible |
|---|---|---|---|---|
| Dwelling | $177,200.00 | | | $5,316.00 |
| Other Structures | $17,720.00 | | | $0.00 |
| Contents | $88,600.00 | | | $0.00 |
| loss of use | $53,160.00 | | | $0.00 |

## Coverage - Dwelling

Coverage     $177,200.00          Not Applicable

| | RC Detail | ACV Detail | Value | Loss | Claim |
|---|---|---|---|---|---|
| **Replacement Cost Value** | $0.00 | | $0.00 | | |
| **Actual Cash Value** | | $0.00 | $0.00 | | |
| **Total Estimated Loss** | $50,402.81 | $50,402.81 | | $50,402.81 | |
| Less Depreciation | | ($0.00) | | | |
| **ACV Loss** | | $50,402.81 | | | |
| Less Non-Recoverable Depreciation | ($0.00) | | | | |
| **Sub-Total** | $50,402.81 | $50,402.81 | | | |
| Less Deductible Applied | ($5,316.00) | ($5,316.00) | | | |
| **Adjusted Loss Amount** | $45,086.81 | $45,086.81 | | | $45,086.81 |
| **Recoverable Depreciation** | $0.00 | | | | |

**Coverage - loss of use**

Coverage    $53,160.00    Not Applicable

|  | RC Detail | ACV Detail | Value | Loss | Claim |
|---|---|---|---|---|---|
| **Replacement Cost Value** | $0.00 |  | $0.00 |  |  |
| **Actual Cash Value** |  | $0.00 | $0.00 |  |  |
| **Total Estimated Loss** | $650.77 | $650.77 |  | $650.77 |  |
| Less Depreciation |  | ($0.00) |  |  |  |
| **ACV Loss** |  | $650.77 |  |  |  |
| Less Non-Recoverable Depreciation | ($0.00) |  |  |  |  |
| **Sub-Total** | $650.77 | $650.77 |  |  |  |
| Less Deductible Applied | ($0.00) | ($0.00) |  |  |  |
| **Adjusted Loss Amount** | $650.77 | $650.77 |  |  | $650.77 |
| **Recoverable Depreciation** | $0.00 |  |  |  |  |

**Coverage - Loss of Use**

Coverage - $53,160.00

|  |  |  | Loss | Claim |
|---|---|---|---|---|
| **Loss and Claim** |  |  | $0.00 | $0.00 |

| **Total Loss & Claim** |  | $51,053.58 | $45,737.58 |
|---|---|---|---|

| **Total Recoverable Depreciation** | $0.00 |
|---|---|

A copy of this document does not constitute a settlement of this claim.  The above figures are subject to insurance company approval.

**Accepted by** _____

# SWORN STATEMENT IN PROOF OF LOSS

10000708947
POLICY NO.

- 

POLICY TERM
$265,800.00
AMT OF BLDG COV AT TIME OF LOSS

PR 00000-355071
INS CLAIM NO.

AGENT

AGENCY AT

TO

At time of loss, by above indicated policy of insurance, you insured the interest of

Juanita Vera & Rose Diaz; 8695 Bienville Drive; Beaumont, TX 77706

against loss by   to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

TIME AND ORIGIN   A  Hurricane _____ loss occurred about the hour of Eight    o'clock AM.,

on the  27    day of  August, 2020 _____ . The cause of the said loss was:

Laura

OCCUPANCY   The premises described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever:

INTEREST   No other person or persons had any interest therein or encumbrance thereon except:
None

| | |
|---|---|
| 1. FULL AMOUNT OF INSURANCE applicable to the property for which claim is presented is | $265,800.00 |
| 2. ACTUAL CASH VALUE of building structures | $0.00 |
| 3. ADD ACTUAL CASH VALUE OF CONTENTS of personal property insured | $0.00 |
| 4. ACTUAL CASH VALUE OF ALL PROPERTY | $0.00 |
| 5. FULL COST OF REPAIR OR REPLACEMENT (Building and Contents) | $50,402.81 |
| 6. LESS APPLICABLE DEPRECIATION | $0.00 |
| 7. ACTUAL CASH VALUE LOSS is | $50,402.81 |
| 8. LESS DEDUCTIBLES | $5,316.00 |
| 9. NET AMOUNT CLAIMED under above numbered policy is | $45,086.81 |

The said loss did not originate by any act, design or procurement on the part of your insured, nothing has been done by or with the privity or consent of your insured to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss, no property saved has in any manner been concealed, and no attempt to deceive the said insurer as to the extent of said loss, has in any manner been made.  Any other information that may be required will be furnished and considered a part of this proof.

Subrogation – To the extent of the payment made or advanced under this policy, the insured hereby assigns, transfers and sets over the insurer all rights, claims or interest  that he has against any person, firm or corporation liable for the loss or damage to the property for which payment is made or advanced.  He also hereby authorizes the insurer to sue any such third party in his name.

The insured hereby warrants that no release has been given or will be given or settlement or compromise made or agreed upon with any third party who may be liable in damages to the insured with respect to the claim being made herein.

The furnishing of this blank or the preparation of proofs by a representative of the above insurer is not a waiver of any of its rights.

I declare under penalty of perjury that the information contained in the foregoing is true and correct to the best of my knowledge and belief.

Executed this _____ day of _____ , 20 _____

Name _____

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Juanita Vera & Rose Diaz | Policy No. : | 10000708947 |
| Property Address : | 8695 Bienville Drive, Beaumont, TX 77706 | Date of Loss : | 8/27/2020 |
| Mailing Address : | | Catastrophe No. : | |
| Insured Tel. No. : | (409) 273-5525 | Adj. File No. : | 8695 |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | 16515 RR 12, suite 416, WIMBERLEY, TX 78676 | Adj. Phone No. : | (972) 523-2886 |

Date Loss Assigned: 6/27/2022 09:00     Date Insured Contacted: 6/30/2022 08:40     Date Loss Inspected: 6/30/2022 08:45

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RCV | ACV |
| Dwelling | 50,402.81 | 0.00 | 0.00 | 50,402.81 | 5,316.00 | 100 | 45,086.81 | 0.00 | 45,086.81 | 0.00 | 0.00 |
| Other Structures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Contents | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| loss of use | 650.77 | 0.00 | 0.00 | 650.77 | 0.00 | 100 | 650.77 | 0.00 | 650.77 | 0.00 | 0.00 |
| **TOTALS** | **$51,053.58** | **$0.00** | **$0.00** | **$51,053.58** | **$5,316.00** | | **$45,737.58** | **$0.00** | **$45,737.58** | | |