IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUANITA VERA, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:22-cv-00378 |
| | § | |
| STATE AUTO INSURANCE | § | |
| COMPANY AND MERIDIAN | § | |
| SECURITY INSURANCE COMPANY. | § | |
| *Defendants.* | § | |

_____

### PLAINTIFF'S NOTICE OF SETTLEMENT
_____

Come Now JUANITA VERA, Plaintiff herein, and announce to this honorable Court that the Plaintiff has reached an amicable resolution of this matter with Defendants, STATE AUTO INSURANCE COMPANY AND MERIDIAN SECURITY INSURANCE COMPANY.

        THE MONK LAW FIRM
        4875 Parker Drive
        Beaumont, Texas 77705
        Phone:  (409) 724-6665
        Fax:  (409) 729-6665
        brandon@themonklawfirm.com

             */s/ Brandon P. Monk*
By: _____
        BRANDON P. MONK
        State Bar No. 24048668

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this 5$^h$ day of June, 2023, a correct copy of the foregoing was sent via e-file to counsel for Defendants.

/s/ *Brandon P. Monk*

_____
BRANDON P. MONK