IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUANITA VERA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-00378 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| STATE AUTO INSURANCE | § | |
| COMPANY AND MERIDIAN | § | |
| SECURITY INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Motion for Dismissal with Prejudice. [Dkt. 33]. The Parties advise that they have settled and resolved all matters and disputes in this case and now seek a dismissal with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 10th day of July, 2023.

Michael J. Truncale
United States District Judge